STATE OF CONNECTICUT *v.* DEREK J. JACKSON

The defendant's petition for certification for appeal from the Appellate Court, 28 Conn. App. 721, is denied.

BERDON, J., dissenting. I would grant the defendant's petition for certification.

*Laurel Adams,* deputy assistant public defender, in support of the petition.

*Paul J. Ferencek,* assistant state's attorney, in opposition.

Decided October 2, 1992

STATE OF CONNECTICUT *v.* ELDRED J. HALL

The defendant's petition for certification for appeal from the Appellate Court, 28 Conn. App. 771, is denied.

*Lowell Lee Paterson* and *Louise Van Dyck,* in support of the petition.

*Paul J. Ferencek,* assistant state's attorney, in opposition.

Decided October 2, 1992

DIANE PASSAMANO *v.* SALVATORE J. PASSAMANO

The plaintiff's petition for certification for appeal from the Appellate Court, 28 Conn. App. 854, is granted, limited to the following issue:

"Under the circumstances of this case, did the Appellate Court improperly conclude that the order that the defendant pay the mortgage and taxes on the marital home was modifiable as an order of alimony?"

*Lynda B. Munro,* in support of the petition.

*Charles J. Irving,* in opposition.

Decided October 13, 1992